UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 05, 2024

Paul D. Clement
Erin E. Murphy
Kevin Joseph Wynosky
Matthew Rowen
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Erin Marie Erhardt
Joseph Gary Samuel Greenlee
National Rifle Association Institute of Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

Carter B Harrison IV
Harrison & Hart
924 Park Avenue SW, Suite E
Albuquerque, NM 87102

Michael McCoy
Donald Sean Nation
Robert Austin Welsh
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227

**RE:     24-2121, Ortega, et al v. Lujan Grisham, et al**
         Dist/Ag docket: 1:24-CV-00471-JB-SCY

Dear Counsel:

Appellants' brief is deficient because:

The order(s) appealed and the lower court judgment must be submitted as attachments to the brief. *See* 10th Cir. R. 28.2(A) and 10th Cir. R. 30.1(F). In addition, pursuant to 10th Cir. R. 28.2(C)(5), all attachments to briefs must be included and identified in the Table of Contents. As such, you will also need to update the Table of Contents with the

attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy").

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- Each volume of the appendix must contain a table of contents. *See* 10th Cir. R. 30.1(D)(2).
- The appendix does not contain bookmarks. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).

You must file a proper electronic brief and appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected brief and electronic appendix and issued notice stating they are compliant.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a response brief will run from the date of service of appellant's corrected brief and appendix.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief and appendix will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Holly Agajanian
        Mark Allen
        Kyle P Duffy
        Seth C. McMillan
        Van Snow

CMW/jm