FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**August 19, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

---

SAMUEL ORTEGA; REBECCA SCOTT,

 Plaintiffs - Appellants,

v.

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico; RAUL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

 Defendants - Appellees.

------------------------------

BRADY CENTER TO PREVENT GUN
VIOLENCE; GIFFORDS LAW CENTER
TO PREVENT GUN VIOLENCE,

 Amici Curiae.

No. 24-2121
(D.C. No. 1:24-CV-00471-JB-SCY)
(D. N.M.)

---

## JUDGMENT

---

Before **TYMKOVICH**, **MATHESON**, and **EID**, Circuit Judges.

---

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is reversed.

The case is remanded to the United States District Court for the District of New Mexico for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk