No. 24-2121

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————————————

SAMUEL ORTEGA and REBECCA SCOTT,

*Plaintiffs-Appellants,*

v.

MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the
State of New Mexico, and RAÚL TORREZ, in his official capacity as
Attorney General of the State of New Mexico,

*Defendants-Appellees.*

———————————————

On Appeal from the United States District Court
for the District of New Mexico
No. 1:24-cv-00471
Hon. James O. Browning

———————————————

**MOTION FOR LEAVE TO FILE BRIEF OF EVERYTOWN FOR
GUN SAFETY AS AMICUS CURIAE IN SUPPORT OF
APPELLEES' PETITION FOR REHEARING EN BANC**

———————————————

Janet Carter
William J. Taylor, Jr.
Erik P. Fredericksen
Everytown Law
450 Lexington Ave
P.O. Box 4184
New York, NY 10163

September 9, 2025

Everytown for Gun Safety ("Everytown") respectfully moves for leave to file a brief as amicus curiae in the above-captioned matter in support of Defendants-Appellees' petition for rehearing en banc. If granted leave, Everytown will file the brief submitted concurrently with this motion.[1] All parties have said they do not oppose Everytown's filing an amicus brief.

## INTEREST OF AMICUS CURIAE

Everytown is the nation's largest gun-violence-prevention organization, with nearly eleven million supporters across the country. Everytown was founded in 2014 as the combined effort of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after a gunman murdered twenty children and six adults at an elementary school in Newtown, Connecticut. Everytown also includes a large network of gun-violence survivors who are empowered to share their stories and

---

[1] No party's counsel authored the brief in whole or part; no party or party's counsel contributed money intended to fund its preparation or submission; and, apart from Everytown, no person contributed money intended to fund its preparation or submission.

1

advocate for responsible gun laws, as well as a national movement of high school and college students working to end gun violence.

Over the past several years, Everytown has devoted substantial resources to researching and developing expertise in historical firearms legislation. Everytown has drawn on that expertise to file more than 100 amicus briefs in Second Amendment and other firearms cases, offering historical and doctrinal analysis, as well as social science and public policy research, that might otherwise be overlooked. Several courts have expressly relied on Everytown's amicus briefs in deciding Second Amendment and other firearms cases. *See, e.g.*, *Antonyuk v. James*, 120 F.4th 941, 1022 n.89, 1023 n.90 (2d Cir. 2024), *cert. denied*, 145 S. Ct. 1900 (2025); *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 910 F.3d 106, 112 n.8 (3d Cir. 2018); *Rupp v. Becerra*, 401 F. Supp. 3d 978, 991-92 & n.11 (C.D. Cal. 2019), *vacated and remanded*, No. 19-56004, 2022 WL 2382319 (9th Cir. June 28, 2022); *see also Rehaif v. United States*, 139 S. Ct. 2191, 2210-11 nn.4 & 7 (2019) (Alito, J., dissenting).

**DESIRABILITY AND RELEVANCE OF AMICUS BRIEF**

Everytown respectfully submits that its brief will assist the Court by providing additional analysis regarding the methodology for Second Amendment cases in the wake of *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), and *United States v. Rahimi,* 602 U.S. 680 (2024).

*First*, the brief explains that this case presents issues of exceptional importance, because it raises questions of how to apply critical aspects of the Supreme Court's Second Amendment doctrine. The panel's decision places limits on the Supreme Court's instruction that conditions and qualifications on the commercial sale of arms are presumptively lawful. It also concerns whether and how restrictions on acquiring guns implicate the plain text of the Second Amendment. Those are fundamental issues that may affect the course of a variety of Second Amendment issues in this Circuit.

*Second*, Everytown's brief demonstrates that the panel's application of the Second Amendment historical analysis deepens uncertainty about how to conduct that inquiry, risking inconsistency in this Court's Second Amendment caselaw. Unlike the Supreme Court in

3

*Rahimi*, the panel did not extrapolate principles from different strands of historical laws "[t]aken together," 602 U.S. at 698. Instead, the panel evaluated New Mexico's historical analogues separately and asked whether each type of law matched New Mexico's. The panel also did not consider whether New Mexico's law implicates "unprecedented societal concerns or dramatic technological changes," thus requiring what *Bruen* has called "a more nuanced approach" to history. 597 U.S. at 27. As the brief explains, these aspects of the panel's decision risk confusion and inconsistency in how courts apply the *Bruen-Rahimi* historical analysis in this Circuit.

Everytown's brief may help the Court determine whether this case involves "questions of exceptional importance," and whether en banc review is "necessary to secure or maintain uniformity of the [C]ourt's decisions." Fed. R. App. P. 40(b)(2)(A), (D). Everytown therefore respectfully submits that this amicus brief is "desirable and … relevant." Fed. R. App. P. 29(a)(3)(B).

## CONCLUSION

Everytown respectfully requests that this Court grant it leave to file the amicus brief submitted concurrently with this motion.

Dated: September 9, 2025

Respectfully submitted,

/s/ Erik P. Fredericksen
Erik P. Fredericksen

Janet Carter
William J. Taylor, Jr.
Erik P. Fredericksen
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8198
efredericksen@everytown.org

*Counsel for amicus curiae*
*Everytown for Gun Safety*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Leave to File Brief of Everytown for Gun Safety as Amicus Curiae in Support of Defendants-Appellees' Petition for Rehearing En Banc, and the accompanying amicus brief, on all parties via CM/ECF.

Dated: September 9, 2025       Respectfully submitted,

/s/ Erik P. Fredericksen
Erik P. Fredericksen

Janet Carter
William J. Taylor, Jr.
Erik P. Fredericksen
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8198
efredericksen@everytown.org

*Counsel for amicus curiae*
*Everytown for Gun Safety*