FILED
United States Court of Appeals
Tenth Circuit

September 9, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

―――――――――――――――――――――

| | |
|---|---|
| SAMUEL ORTEGA, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the State of New Mexico, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> BRADY CENTER TO PREVENT GUN VIOLENCE, et al., <br><br> Amici Curiae. | No. 24-2121 <br> (D.C. No. 1:24-CV-00471-JB-SCY) <br> (D. N.M.) |

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

This matter is before the court on motions filed by the State of Colorado and Everytown for Gun Safety for leave to file amicus briefs in support of appellees' petition for rehearing en banc.

Both motions are granted. The amicus briefs shall be filed as of the date of this order. Paper copies of the briefs need not be submitted unless ordered by the court at a

later date.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk