FILED
United States Court of Appeals
Tenth Circuit

September 15, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| SAMUEL ORTEGA, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the State of New Mexico, et al.,<br><br>    Defendants - Appellees.<br><br>-----------------------------<br><br>BRADY CENTER TO PREVENT GUN VIOLENCE, et al.,<br><br>    Amici Curiae. | No. 24-2121<br>(D.C. No. 1:24-CV-00471-JB-SCY)<br>(D. N.M.) |

---

**ORDER**

---

Before **TYMKOVICH**, **MATHESON**, and **EID**, Circuit Judges.

---

This matter is before the court on appellees petition for rehearing and rehearing en banc. Appellants shall file a response to the petition on or before September 25, 2025.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk